IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMEL RA SHAUD WESCOTT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4385

Opinion filed May 1, 2017.

An appeal from the Circuit Court for Baker County.
Mark W. Moseley, Judge.

Jamel Ra Shaud Wescott, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Michael Schaub, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

WOLF, RAY, and BILBREY, JJ., CONCUR.